IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10101-STA |
| BRADLEY ALEXANDER WALKER, ) | |
| Defendant. ) | |

---

### ORDER ON CHANGE OF PLEA
### AND NOTICE OF SETTING

---

This cause came to be heard on September 4, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Bradley Alexander Walker, appearing in person, and with counsel, Barry McWhirter.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 11, 2018 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 4th day of September, 2018.

                                                    s/ S. Thomas Anderson
                                                  CHIEF JUDGE, U. S. DISTRICT COURT